THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(D)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Jerry Lewis Canty,       
Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2005-UP-078
Submitted February 1, 2005  Filed February 
 4, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, Office of Appellate 
 Defense, of Columbia,  for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott;   
 and Solicitor Warren Blair Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Jerry Lewis Canty 
 appeals his plea of guilty but mentally ill to simple assault and battery and 
 second-degree burglary, arguing the circuit court erred in accepting his plea 
 because he was not mentally competent.  Canty filed a separate pro se 
 brief, raising several issues concerning the strength and propriety of the States 
 case against him which we deem waived by his entry of a guilty plea.  After 
 a thorough review of the record, counsels brief, and Cantys pro se 
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Cantys appeal 
 under Rule 220(b)(2), SCACR, and grant counsels motion to be relieved. 
 [1] 
 APPEAL DISMISSED.
HEARN, C.J., KITTREDGE and WILLIAMS, 
 JJ., concur. 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.